```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                "USA V TERRELL L. DYSON ET AL"
                DEF 1.1 DYSON, TERRELL L.

    Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/20/03
             Closed:  NO
 No. of Defendants:   4
    MJ Case Number:
                AKA:  DARNELL E. PRICE, "RELLO"
    Location status:  Released on Bond
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  David R. Weber
                      Vasquez & Weber PC
                      943 W. 6th Avenue, Suite 132
                      Anchorage, AK 99501
                      907-279-9122
                      FAX 907-279-9123
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
  Counsel of record:  Frank V. Russo
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      FAX 907-271-3224
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 1.1 DYSON, TERRELL L.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -  1 IND | 1 | 21:846 DRUG CONSPIRACY (F) | Terminated |
| 1 -  1 IND | 2 | 21:841(a)(1),(b)(1)(A), 18:2  POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 1 -  1 IND | 3 | 21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2  USE OF A MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE  (F) | Terminated |
| 7 -  1 | 1-S | 21:846, 841(b)(1)(A)(B)(C)&(D) DRUG CONSPIRACY (F) | Terminated |
| 7 -  1 | 2-S | 21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"
DEF 1.1 DYSON, TERRELL L.

Including terminated defendants, excluding terminated counsel

| 7 - | 1 | 3-S | 21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 52 - | 1 | 1-SS | 21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F) | Sentenced (154-1) |
| 52 - | 1 | 2-SS | 21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (154-1) |
| 52 - | 1 | 3-SS | 21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (154-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                              "USA V TERRELL L. DYSON ET AL"
                              DEF 2.1 BELTON, CHRIS A.
     ─────────────────────────────────────────────────────────────────────────────
                 Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  08/20/03
               Closed:  NO
   No. of Defendants:  4
      MJ Case Number:
                  AKA:  CHRISTOPHER D. BLACK, BIG BLOOD
      Location status:  U.S. Custody
           Trial date:
           Terminated:  NO
  Needs interpreter:  NO
   Counsel of record:  Randall S. Cavanaugh
                       Kalamarides & Associates
                       711 H Street, Suite 450
                       Anchorage, AK 99501
                       907-276-2135
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
   Counsel of record:  Frank V. Russo
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513
                       907-271-5071
                       FAX 907-271-3224
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 2.1 BELTON, CHRIS A.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 7 - 1 | 1-S | 21:846, 841(b)(1)(A)(B)(C)&(D) DRUG CONSPIRACY (F) | Terminated |
| 7 - 1 | 2-S | 21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 7 - 1 | 3-S | 21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 52 - 1 | 1-SS | 21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F) | Pending |
| 52 - 1 | 2-SS | 21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"
DEF 2.1 BELTON, CHRIS A.

Including terminated defendants, excluding terminated counsel

| 52 - | 1 | 3-SS | 21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |
| 52 - | 1 | 4-SS | 21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |
| 52 - | 1 | 5-SS | 18:924(c)(1)(A)(i) POSSESSION OF FIREARM IN FURTHERANCE OF DRUG TRAFFICKING (F) | Pending |
| 52 - | 1 | 6-SS | 21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                       "USA V TERRELL L. DYSON ET AL"
                          DEF 3.1 DEARY, GLENN F.
    ────────────────────────────────────────────────────────────────────────
            Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/20/03
             Closed:  NO
 No. of Defendants:  4
   MJ Case Number:
                AKA:  MOSCOW
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
 Needs interpreter:  NO
 Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 3.1 DEARY, GLENN F.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 52 - 1 | 1-SS | 21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F) | Dismissed (170-1) |
| 52 - 1 | 4-SS | 21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (170-1) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                         "USA V TERRELL L. DYSON ET AL"
                         DEF 4.1 CRABTREE, YVONNE M.
  ─────────────────────────────────────────────────────────────────────────
              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/20/03
             Closed:  NO
  No. of Defendants:  4
    MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Karen L. Jennings
                      POB 3626
                      Palmer, AK 99645
                      907-373-3722
                      FAX 907-373-3782
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
  Counsel of record:  Frank V. Russo
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      FAX 907-271-3224
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 4.1 CRABTREE, YVONNE M.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 52 - 1 | 1-SS | 21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F) | Dismissed (148-1) |
| 52 - 1 | 4-SS | 21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (148-1) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                          "USA V TERRELL L. DYSON ET AL"

                              For all filing dates
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  08/20/03
            Closed:  NO
No. of Defendants:  4
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/20/03 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 08/20/03 | [Re: DEF 1] PLF 1 motion (ex parte) to seal case. |
| NOTE - 1 | 08/21/03 | [Re: DEF 1] Issued WOA. |
| 2 - 2 | 08/21/03 | [Re: DEF 1] AHB Order granting motion to seal case (2-1). cc: USA |
| 3 - 1 | 08/21/03 | [Re: DEF 1] AHB Grand Jury Minutes re Indt sealed; WOA to be issued; no bail set. |
| 4 - 1 | 06/03/04 | [Re: DEF 1] PLF 1 motion (ex parte) on shortened time to unseal Indt & for a warrant of arrest to issue. |
| 5 - 1 | 06/04/04 | [Re: DEF 1] JDR Order granting motion on shortened time to unseal Indt & for a warrant of arrest to issue (4-1). cc: USA, USM, USPO |
| NOTE - 2 | 06/23/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/22/04 in Sacramento, CA |
| 6 - 1 | 06/24/04 | [Re: DEF 1] Return of WOA executed at Sacramento, CA by DEA on 6/22/04. |
| 7 - 1 | 07/22/04 | [Re: DEF 1-2] PLF 1 First Superseding Indictment. |
| 8 - 1 | 07/22/04 | [Re: DEF 1-2] MDJ Grand Jury Minutes re on pretrial release, bond (out of Sacramento) re D1; no bail set re D2; summons to be issued re D1; set for arr & notify USM re D1-2; in Fed custody re D2. |
| NOTE - 3 | 07/23/04 | [Re: DEF 2] Issued WOA. |
| 9 - 1 | 07/23/04 | [Re: DEF 2] PLF 1 motion (ex parte) for warrant of arrest on shortened time. |
| 10 - 1 | 07/23/04 | [Re: DEF 2] MDJ Order granting motion for warrant of arrest on shortened time (9-1). cc: USA, USM, C. Belton w/USM cy |
| 11 - 1 | 07/23/04 | [Re: DEF 2] JDR Minute Order re Arr set for 8/3/04 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 12 - 1 | 07/23/04 | [Re: DEF 2] JDR Minute Order re Arr set for 8/3/04 at 9:30 a.m. is RESET for 10:30 a.m. cc: USA, USM, USPO def w/USM cy |
| NOTE - 4 | 07/26/04 | Notation: Proposed Trial Date Setting for Arr re: DEFs 1 & 2 to USDJ |
| 13 - 1 | 07/26/04 | [Re: DEF 2] JWS Minute Order re Arr prev set for 8/3 is VACATED & RESET for 7/27/04 at 9:30 a.m. cc: USA, USM, USPO |
| NOTE - 5 | 07/27/04 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 7/27/04. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                               "USA V TERRELL L. DYSON ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 07/27/04 | DEF 1 Unopposed motion on shortened time to cont arr from 8/9 to 8/23 w/att aff. |
| 15 - 1 | 07/27/04 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to cont arr from 8/9 to 8/23 at 9:30 a.m. (14-1). cc: USA, FPD, USM, USPO |
| 16 - 1 | 07/28/04 | [Re: DEF 2] USM Return of WOA executed 7/27/04. |
| 17 - 1 | 07/28/04 | [Re: DEF 2] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re on 1st SIndt hld 7/27/03; B. Wonnell apptd; def pled not guilty; def detained; PTM's due 8/16/04 cnsl advised of trial date 10/10/04. cc: USA, FPD CJA Clerk, B. Wonnell, USM, USPO, Judge Sedwick |
| 18 - 1 | 07/28/04 | [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, T. Wonnell, USM, USPO |
| 19 - 1 | 07/28/04 | [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet & confer by 7/30/04, PTM's due 8/16/04. cc: USA, T. Wonnell |
| 20 - 1 | 07/29/04 | [Re: DEF 2] AMENDED JDR Court Minutes [ECR: Debby Willoughby-Lyons] re on 1st SIndt hld 7/27/03; B. Wonnell apptd; def pled not guilty; def detained; PTM's due 8/16/04 cnsl advised of trial date 10/4/04. cc: USA, FPD CJA Clerk, B. Wonnell, USM, USPO, Judge Sedwick |
| 21 - 1 | 07/29/04 | [Re: DEF 2] JWS Minute Order setting TBJ on 10/4/04 at 9:00 a.m. & FPTC on 10/4/04 at 8:30 a.m.. cc: USA, T. Wonnell, USM, USPO, MJ Roberts, JC |
| 22 - 1 | 07/29/04 | [Re: DEF 2] JWS Minute Order that no reply memos are to be fld unless directed by USDJ or USMJ. cc: USA, T. Wonnell, MJ Roberts |
| 23 - 1 | 08/02/04 | DEF 1 Attorney Appearance of David R. Weber. |
| 24 - 1 | 08/02/04 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 25 - 1 | 08/05/04 | [Re: DEF 2] CJA appointment of T. Wonnell. |
| 26 - 1 | 08/11/04 | DEF 2 motion to suppress w/att exh. |
| 27 - 1 | 08/12/04 | [Re: DEF 2] JDR Minute Order re evident hrg on def's mot to suppress (26-1) set for 8/25/04 at 9:30 a.m. cc: USA, T. Wonnell, USM, USPO |
| 28 - 1 | 08/16/04 | [Re: DEF 2] PLF 1 Unopposed motion on shortened time to cont govt's response & evident hrg w/att decl. |
| 29 - 1 | 08/17/04 | [Re: DEF 2] JDR Order granting unopposed motion on shortened time to cont govt's response & evident hrg (28-1); govt's oppo to def's mot to suppress due 8/24/04; evident hrg on mot to suppress RESET for 8/27/04 at 9:30 a.m. cc: USA, T. Wonnell, USM, USPO |
| 30 - 1 | 08/19/04 | DEF 2 motion on shortened time to cont evident hrg (if necessary). |
| 31 - 1 | 08/20/04 | [Re: DEF 2] JDR Order granting motion on shortened time to cont evident hrg (if necessary) (30-1); Evident hrg RESET for 8/25/04 at 9:15 a.m. cc: USA, T. Wonnell, USM, USPO |
| 32 - 1 | 08/24/04 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] Arraignment on First SI held 8/23/04.  Financial aff filed. Court appointed David R. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Weber as CJA counsel.  Def plead not guilty to counts 1, 2, & 3.  Bond set at $100,000.00 as previously set in California; appearance bond previously filed in California.  Alice Fay Warren to continue as third-party custodian.  Order setting conditions of release filed.  Pretrial mots due 9/13/04.    cc: AUSA, D. Weber, USM, USPO, MJ Roberts, Judge Sedwick, FPD (CJA Clerk) |
| 33 - 1 | 08/24/04 | DEF 1 Financial Affidavit. |
| 34 - 1 | 08/24/04 | [Re: DEF 1] Order setting conditions of release. cc: AUSA, D. Weber, USM, USPO |
| 35 - 1 | 08/24/04 | [Re: DEF 1] JWS Order regarding preparation for trial; parties shall meet and confer 8/19/04 at 1:30 p.m.  Discovery certification is due w/in 10 days after the conference.  Pretrial motion due by 9/13/04. cc: AUSA, D. Weber |
| 36 - 1 | 08/24/04 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress (26-1) w/att exhs. |
| 37 - 1 | 08/24/04 | DEF 2 motion (ex parte) for authorization of services re: investigative services. |
| 38 - 1 | 08/25/04 | [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] of evid hrg on def's mot to suppress (26-1) (held 8/25/04); def's reply due 8/26/04; govt's response due 8/30/04; def's rebuttal due 9/1/04; crt directed def cnsl to order transcript of hrg.  cc: USA, B. Wonnell, ECRO |
| 39 - 1 | 08/25/04 | [Re: DEF 1] CJA appointment of D. Weber. |
| 40 - 1 | 08/25/04 | [Re: DEF 1] PLF 1 Certification of discovery. |
| 40A- 1 | 08/25/04 | DEF 2 Arugment pertaining to DEF 2 motion to suppress (26-1). |
| 41 - 1 | 08/26/04 | {SEALED} |
| 42 - 1 | 08/26/04 | [Re: DEF 1] JWS Minute Order that 10/4/04 TBJ date announced at arr was incorrect; TBJ is 10/18/04. cc: USA, D. Weber, USM, USPO, MJ Roberts, JC |
| 43 - 1 | 08/26/04 | [Re: DEF 1] JWS Minute Order setting TBJ on 10/18/04 @ 9:00 a.m. & FPTC for 10/18/04 at 8:30 a.m.. cc: USA, D. Weber, USM, USPO, MJ Roberts, JC |
| 44 - 1 | 08/26/04 | [Re: DEF 2] JWS Order of excludable delay re: trial w/co-def from 10/6/04 to 10/18/04 (13 days; code R). |
| 45 - 1 | 08/26/04 | [Re: DEF 2] JWS Minute Order resetting 10/4/04 FPTC & TBJ for 10/18/04 @ 8:30 a.m. and 9:00 a.m., respectively. cc: USA, B. Wonnell, USM, USPO, MJ Roberts, JC |
| 46 - 1 | 08/30/04 | [Re: DEF 2] PLF 1 Response re: DEF 2 motion to suppress (26-1). |
| 47 - 1 | 09/01/04 | DEF 2 Rebuttal re: DEF 2 motion to suppress (26-1) |
| 48 - 1 | 09/13/04 | DEF 2 motion to continue trial. |
| 49 - 1 | 09/15/04 | [Re: DEF 2] JWS Amended Order of excludable delay from 10/6/04 to 11/1/04 (27 days; under code R). |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 50 - 1 | 09/15/04 | [Re: DEF 2] JWS Minute Order denying motion to continue trial (48-1). cc: USA, T. Wonnell, D. Weber, MJ Roberts |
| 51 - 1 | 09/20/04 | Initial R&R re: DEF 2 motion to suppress (26-1); recommended be denied; Objections due NOON 09/29/04. Reply due NOON 10/06/04. cc: USA, T. Wonnell, Judge Sedwick |
| 52 - 1 | 09/22/04 | [Re: DEF 1-4] PLF 1 Second Superseding Indt. |
| 53 - 1 | 09/22/04 | [Re: DEF 1-4] PLF 1 motion to seal second Superseding Indictment and delay arraignment re: def1&2. |
| NOTE - 6 | 09/23/04 | [Re: DEF 3] Issued WOA. |
| NOTE - 7 | 09/23/04 | [Re: DEF 4] Issued WOA. |
| 54 - 1 | 09/23/04 | [Re: DEF 1-4] AHB Order granting motion to seal second Superseding Indictment and delay arraignment re: def1&2 (53-1).  cc: USA |
| 55 - 1 | 09/23/04 | [Re: DEF 1] AHB Grand Jury Minutes; indt sealed; bail as set by MJ cont; hold issuance of process in abeyance pending arrest of def 3 and/or 4; if neither is arrested by 10/5/04 then notify USM and cnsl for arr. |
| 56 - 1 | 09/23/04 | [Re: DEF 2] AHB Grand Jury Minutes; indt sealed; no bail set (det per 18:3142); hold issuance of process in abeyance pending arrest of def 3 and/or 4; if niether is arrested by 10/5/04 then notify USM and cnsl for arr; in custody. |
| 57 - 1 | 09/23/04 | [Re: DEF 3-4] AHB Grand Jury Minutes; Indt sealed; WOAs to issue; do not add defs' names to computer until arrest; no bail set (det per 18:3142). |
| 58 - 1 | 09/28/04 | DEF 2 objection to R&R re: DEF 2 motion to suppress w/att exh. (26-1). |
| 59 - 1 | 09/30/04 | PLF 1 motion (ex parte) on shortened time to unseal Second Superseding Indictment. |
| 60 - 1 | 10/01/04 | [Re: DEF 4] JDR Order granting motion on shortened time to unseal Second Superseding Indictment (59-1); def Crabtree to appear for arr 10/25/04 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| NOTE - 8 | 10/04/04 | [Re: DEF 4] USM Notice of Arrest; defendant arrested 9/30/04 & released on bond in Reno, Nevada. |
| NOTE - 9 | 10/04/04 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 10/1/04 in Sacramento, CA. |
| NOTE - 10 | 10/04/04 | Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 4. |
| 61 - 1 | 10/04/04 | [Re: DEF 1] JDR Minute Order re Arr on 2nd SIndt set for 10/6/04 at 9:30 a.m. cc: USA, D. Weber, USM, USPO, Judge Sedwick |
| 62 - 1 | 10/04/04 | [Re: DEF 2] JDR Minute Order re Arr on 2nd SIndt set for 10/6/04 at 10:00 a.m. cc: USA, B. Wonnell, USM, USPO, Judge Sedwick |
| 63 - 1 | 10/05/04 | DEF 4 Attorney Appearance of S. Sterling. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                           "USA V TERRELL L. DYSON ET AL"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 64 - 1 | 10/05/04 | DEF 4 motion for out of custody transporation of Yvonne Crabtree from Reno, Nevada to Anchorage, Alaska. |
| 65 - 1 | 10/06/04 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on 2nd SIndt hld 10/6/04; def pled not guilty; parties to confer by 10/13/04 & any mot's re 2nd SIndt due 10/15/04. cc: USA, D. Weber, USM, USPO, Judge Sedwick |
| 66 - 1 | 10/06/04 | (VACATED PER DKT 79) [Re: DEF 4] JDR Order granting motion for out of custody transporation of Yvonne Crabtree from Reno, Nevada (64-1); USM to transport def from Reno, Nevada to Anchorage, AK for her I/A on 11/23/04. cc: USA, S. Sterling, USM, USPO |
| 67 - 1 | 10/06/04 | [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] on arr on SSI (held 10/6/04). Def adv of rts & penalties.  NG pleas entered as to Cts 1 through 6 of SSI.  Det cont'd as previously set.  10/13/04 set as atty conf date; cnsl to file mot re pretrial mots due date if mot to cont trial is filed and granted.  Off Record: Cnsl directed cnsl be reminded to serve all parties w/copies of any mots that are not ex-parte or fld under seal.  cc:  USA, B. Wonnell, USM, PO, Judge Sedwick |
| 68 - 1 | 10/06/04 | [Re: DEF 3] Return of WOA executed on 10/01/04. |
| 69 - 1 | 10/06/04 | [Re: DEF 4] Return of WOA executed on 9/30/04. |
| 70 - 1 | 10/07/04 | [Re: DEF 2] Transcript re: Evidentiary Hrg on def's mot to suppress (dkt # 26) held on 8/25/04. |
| 71 - 1 | 10/07/04 | [Re: DEF 4] Rule 40 Documents Order holding def to answer and appear, crt min, waiver rule 40 hrg,bond,order setting conditions of release,order appt cnsl,fin aff,WOA(AK),Indt(AK) transferred from: USDC of NV w/att docs. |
| 72 - 1 | 10/08/04 | [Re: DEF 1-4] PLF 1 Unopposed motion to continue 10/18/04 trial. |
| 73 - 1 | 10/08/04 | [Re: DEF 1-4] JWS Order setting sched conf on 10/12/04 @ 2:30 p.m.. cc: USA, D. Weber, B. Wonnell, S. Sterling, USM, USPO |
| 74 - 1 | 10/13/04 | [Re: DEF 1-2] JWS Minute Order granting unopposed motion to continue 10/18/04 trial (72-1); FPTC RESET to 8:30 12/6/04; TBJ RESET to 9:00 12/6/04. cc: USA, D. Weber, T. Wonnell, S. Sterling, USM, USPO, JC, MJ Roberts |
| 75 - 1 | 10/13/04 | [Re: DEF 1] JWS Order of excludable delay re 11/2/04 to 12/6/04 for 35 days (code R). |
| 76 - 1 | 10/13/04 | [Re: DEF 1-2; 4] JWS Court Minutes [ECR: Robin Carter] of Sched Conf (held 10/12/04); mot to cont trial taken under advisement; written ruling to issue.  cc: USA, D. Weber, T. Wonnell, S. Sterling |
| 77 - 1 | 10/15/04 | {SEALED} |
| 78 - 1 | 10/15/04 | DEF 4 motion (amended) motion for out of custody transportation of Yvonne Crabtree from Reno, Nevada to Anchorage, Ak. |
| 79 - 1 | 10/18/04 | VACATED PER ORDER @ DKT 95: [Re: DEF 4] JWS Order granting motion (amended) motion for out of custody transportation of Yvonne Crabtree |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | from Reno, Nevada to Anchorage for I/A set 11/23/04 (78-1).  The previous order at dkt 66 is vacated.  cc: AUSA, S. Sterling, USM, USPO, FPD (CJA Clerk) |
| 80 - 1 | 10/26/04 | Final R&R re: DEF 2 motion to suppress (26-1); MJ declines to modify declines to modify recommendation; matter referred to USDJ. cc: USA, T. Wonnell, Judge Sedwick |
| 81 - 1 | 10/26/04 | {SEALED} |
| 82 - 1 | 10/27/04 | DEF 4 motion to appoint counsel w/att aff. |
| 83 - 1 | 10/28/04 | [Re: DEF 2] JWS Order denying motion to suppress (26-1). cc: USA, D. Weber, S. Sterling, T. Wonnell, MJ Roberts |
| 84 - 1 | 10/29/04 | [Re: DEF 4] JDR Minute Order holding in abeyance motion to appoint counsel (82-1); mot not to be addressed ar arr set for 11/23/04. cc: USA, S. Sterling, FPD CJA Clerk |
| 85 - 1 | 10/29/04 | [Re: DEF 2] JWS Order of excludable delay re: mot at dkt 26 from 8/11/04 to 10/28/04 (79 days under code E). |
| 86 - 1 | 11/02/04 | DEF 4 motion for Scott Sterling to withdraw as friend of the court and motion to shorten time for ruling. |
| 87 - 1 | 11/03/04 | [Re: DEF 4] JDR Minute Order granting motion for Scott Sterling to withdraw as friend of the court (86-1); def's qualification for crt apptd cnsl will be addressed at her arr on 11/23/04. cc: S. Sterling, FPD CJA CLerk |
| 88 - 1 | 11/03/04 | DEF 2 Notice of Intent to change plea. |
| 89 - 1 | 11/08/04 | {SEALED} |
| 90 - 1 | 11/17/04 | {SEALED} |
| 91 - 1 | 11/18/04 | {SEALED} |
| 92 - 1 | 11/18/04 | DEF 4 motion on shortened time (amended) for transportation from Reno, NV to Anch, AK for arr set for 11/23/04. |
| 93 - 1 | 11/18/04 | DEF 4 motion on shortened time for transport from Anch, AK to Reno, NV after Arr. |
| 94 - 1 | 11/19/04 | [Re: DEF 2] JWS Minute Order setting PCOP hrg on 12/6/04 @ 8:00 a.m.; 12/6/04 FPTC & TBJ re: DEF 2 vacated. cc: USA, T. Wonnell, USM, USPO, MJ Roberts, JC |
| 95 - 1 | 11/19/04 | [Re: DEF 4] JDR Amended Order granting mot on shortened time (amended) for transportation from Reno, NV to Anch, for 11/23/04 arr (92-1). cc: USA, FPD, USM, USPO |
| 96 - 1 | 11/19/04 | {SEALED} |
| 97 - 1 | 11/19/04 | {SEALED} |
| 98 - 1 | 11/22/04 | {SEALED} |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                          "USA V TERRELL L. DYSON ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 99 - 1 | 11/23/04 | [Re: DEF 4] JDR Order granting motion on shortened time for transport from Anch, AK to Reno, NV after Arr (93-1).  cc:  USA, K. Jennings, USM, USPO, FPD (CJA Clerk) |
| 100 - 1 | 11/23/04 | [Re: DEF 4] JDR Court Minutes [ECR: Linda Christensen]re: arr on SSI and hrg on mot to appoint cnsl (doc #82) (held 11/23/04); motion to appoint counsel granted (82-1); Karen Jennings apptd as CJA cnsl; fin aff FILED; plead NG to Cts 1 and 4; bond set at O/R; Personal Recognizance order FILED; Order Setting Conds of Rls FILED; meet & confer date set for 11/29/04; PTMs due 12/13/04; mot for def trans GRANTED; transportation order FILED.  cc: USA, K. Jennings, USM, USPO, FPD (CJA Clerk), Judge Sedwick |
| 101 - 1 | 11/23/04 | DEF 4 Financial Affidavit. |
| 102 - 1 | 11/23/04 | [Re: DEF 4] Order setting conditions of release.  cc: USA, K. Jennings, USM, USPO |
| 103 - 1 | 11/23/04 | [Re: DEF 4] JDR Order regarding preparation for trial; meet & confer date set for 11/29/04; PTMs due 12/14/04.  cc: USA, K. Jennings |
| 104 - 1 | 11/23/04 | [Re: DEF 4] JDR Order of Personal Recognizance.  cc: USA, K. Jennings, USM, USPO |
| 105 - 1 | 11/29/04 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue trial date |
| 106 - 1 | 11/29/04 | [Re: DEF 4] JWS Minute Order setting TBJ on 1/19/05 @ 9:00 a.m. & FPTC on 1/19/05 @ 8:30 a.m.. cc: USA, K. Jennings, USM, USPO, JC, MJ Roberts |
| 107 - 1 | 11/29/04 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue trial date (105-1); 12/6/04 TBJ reset to 1/19/05 @ 9:00 a.m.; 12/6/04 FPTC reset to 1/19/05 @ 8:30 a.m.. cc: USA, D. Weber, K. Jennings, USM, USPO, JC, MJ Roberts |
| 108 - 1 | 11/30/04 | [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 105 from 12/7/04 to 1/19/05 (44 days under code R). |
| 109 - 1 | 12/02/04 | [Re: DEF 4] PLF 1 Discovery conference certificate. |
| 110 - 1 | 12/03/04 | [Re: DEF 4] CJA appointment of K. Jennings. |
| 111 - 1 | 12/03/04 | {SEALED} |
| 112 - 1 | 12/06/04 | {SEALED} |
| 113 - 1 | 12/07/04 | {SEALED} |
| 114 - 1 | 12/09/04 | {SEALED} |
| 114 - 2 | 12/10/04 | {SEALED} |
| 115 - 1 | 12/23/04 | [Re: DEF 3] PLF 1 Ex parte notice of stat. |
| 116 - 1 | 12/27/04 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 116 - 2 | 12/28/04 | {SEALED} |
| 117 - 1 | 01/05/05 | {SEALED} |
| 118 - 1 | 01/05/05 | {SEALED} |
| 119 - 1 | 01/06/05 | {SEALED} |
| 120 - 1 | 01/06/05 | {SEALED} |
| 121 - 1 | 01/06/05 | DEF 4 Notice of Intent to change plea. |
| 122 - 1 | 01/06/05 | DEF 4 motion for transportation from Las Vegas, Nevada to Anchorage, Alaska for change of plea. |
| 123 - 1 | 01/06/05 | DEF 4 motion for transportation from Anchorage, Alaska to Las Vegas, Nevada after change of plea. |
| 124 - 1 | 01/06/05 | [Re: DEF 4] JWS Minute Order setting PCOP hrg on 1/26/05 @ 10:30 a.m.; vacating 1/19/05 FPTC & TBJ. cc: USA, K. Jennings, USM, USPO, MJ Roberts, JC |
| 125 - 1 | 01/06/05 | [Re: DEF 4] JWS Order granting mot for transp from Las Vegas, NV to Anchorage, AK for PCOP for 1/26/05 @ 10:30 a.m. (122-1). cc: USA, K. Jennings, USM, USPO |
| 126 - 1 | 01/20/05 | [Re: DEF 4] PLF 1 Notice of filing plea agreement in A05-0014CR (JWS). |
| 127 - 1 | 01/20/05 | [Re: DEF 4] PLF 1 Notice of filing related information. |
| 128 - 1 | 01/21/05 | [Re: DEF 1] PLF 1 Notice of filing plea agreement. |
| 129 - 1 | 01/21/05 | {SEALED} |
| 130 - 1 | 01/21/05 | [Re: DEF 4] JWS Minute Order vacating 1/26/05 PCOP in light of Info in A05-014 CR. cc: USA, K. Jennings, USM, USPO, MJ Roberts |
| 131 - 1 | 01/21/05 | {SEALED} |
| 132 - 1 | 01/24/05 | [Re: DEF 2] JWS Order granting Unopposed motion to continue imposition of sentence of 2/2/05 (131-1); IOS set 5/18/05 at 8:30 a.m.  cc: USA, T. Wonnell, USM, PO |
| 133 - 1 | 01/26/05 | [Re: DEF 4] JWS Order granting motion for transportation from Anchorage, Alaska to Las Vegas, Nevada after p (123-1).  cc: USA, K. Jennings, USM, PO |
| 134 - 1 | 01/27/05 | {SEALED} |
| 135 - 1 | 01/27/05 | {SEALED} |
| 136 - 1 | 01/28/05 | [Re: DEF 1] CERTIFIED CY OF A05-14 CR JWS Court Minutes [ECR: Linda Christensen] re: Arr/EOP (held 1/26/05); def stated true name to be Yvonne M. Belton; Waiver of Ind FILED; def plead GUILTY to Ct 1 of felony Info; IOS set for 4/8/05 at 8:30 am; bond cont'd; Cts 1 & 4 of SSI in case A03-0126 CR (JWS) to be dsmsd at IOS; mot for transportation at govt expense in case A03-0126 CR (JWS) GRANTED; order to be signed. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                           "USA V TERRELL L. DYSON ET AL"
```

| | | For all filing dates |
|---|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| 137 - 1 | 01/31/05 | {SEALED} |
| 138 - 1 | 02/09/05 | [Re: DEF 3] JDR Minute Order re govt to file further stat rpt re D3 due 3/14/05. cc: USA |
| 139 - 1 | 03/08/05 | {SEALED} |
| 140 - 1 | 03/09/05 | DEF 4 motion for transportation from Reno, Nevada to Anchorage, Alaska for 4/8/05 sentencing. |
| 141 - 1 | 03/09/05 | DEF 4 motion for transportation from Anchorage, Alaska to Reno, Nevada after 4/8/05 sentencing. |
| 142 - 1 | 03/11/05 | {SEALED} |
| 143 - 1 | 03/15/05 | {SEALED} |
| 143 - 2 | 03/17/05 | {SEALED} |
| 144 - 1 | 03/17/05 | [Re: DEF 4] JWS Order granting mot for trans from Reno, Nevada to Anchorage, Alaska for 4/8/05 IOS (140-1). cc: USA, K. Jennings, USM, USPO |
| 145 - 1 | 03/18/05 | [Re: DEF 3] PLF 1 Ex Parte Notice of status. |
| 146 - 1 | 03/25/05 | [Re: DEF 1] JWS Minute Order the Ios set for 4/21/05 is VACATED and RESET for 4/26/05 at 8:00 a.m.  cc: AUSA, D. Weber, USM, USPO |
| 147 - 1 | 04/08/05 | [Re: DEF 4] JWS Order granting mot for trans from Anchorage, Alaska to Reno, Nevada after 4/8/05 IOS (141-1). cc: USA, K. Jennings, USM, USPO |
| 148 - 1 | 04/11/05 | [Re: DEF 4] JWS Judgment of Discharge dism cts 1SS,4SS of document (52-1). cc: USA, K. Jennings, USM, USPO, Def w/cnsls cy, MJ Roberts |
| 149 - 1 | 04/19/05 | {SEALED} |
| 150 - 1 | 04/19/05 | {SEALED} |
| 151 - 1 | 04/21/05 | {SEALED} |
| 152 - 1 | 04/25/05 | [Re: DEF 2] JWS Order granting unoppo mot to continue sentencing (151-1); 5/18/05 IOS reset to 7/13/05 @ 8:00 a.m.; no further continuance. cc: USA, T. Wonnell, USM, USPO |
| 153 - 1 | 04/27/05 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re IOS (held 4/26/05); def sentenced as stated in judgment; def to surrender to USM today at 9:15 am; Cts 2 & 3 of 2nd SIndt dismissed; payment coupon given to def; bond exonerated upon surrender to USM.  cc:  USA, D. Weber, USM, USPO, Finance |
| 154 - 1 | 04/28/05 | [Re: DEF 1] JWS Judgment dism cts 2SS,3SS of 2nd SIndt (52-1); pleaded guilty to ct 1SS of 2nd SIndt (52-1); sentenced to 63 mos impr; def to surrender to USM @ 9:15 a.m. on 4/26/05; 48 mos SR; $100.00 SA. cc: USA, D. Weber, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 155 - 1 | 05/23/05 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 156 - | 1 | 05/23/05 | {SEALED} |
| 155 - | 2 | 05/24/05 | {SEALED} |
| 157 - | 1 | 05/24/05 | [Re: DEF 2] JWS Order granting mot for w/drwl & appt of substitute cnsl (156-1). cc: USA, B. Wonnell, FPD (CJA Clk) |
| 158 - | 1 | 06/07/05 | {SEALED} |
| 159 - | 1 | 06/07/05 | {SEALED} |
| 160 - | 1 | 06/07/05 | [Re: DEF 2] CJA appointment of H. Graper. |
| 158 - | 2 | 06/08/05 | {SEALED} |
| 159 - | 2 | 06/08/05 | {SEALED} |
| 161 - | 1 | 06/10/05 | {SEALED} |
| 161 - | 2 | 06/15/05 | {SEALED} |
| 162 - | 1 | 06/16/05 | DEF 2 motion on shortened time to unseal change of plea hearing for purposes of transcription. |
| 163 - | 1 | 06/16/05 | [Re: DEF 2] JWS Order granting mot on shortened time to unseal change of plea hearing for purposes of transcription only (162-1). cc: USA, H. Graper, ECR |
| 164 - | 1 | 06/28/05 | {SEALED} |
| 165 - | 1 | 06/29/05 | {SEALED} |
| 166 - | 1 | 07/06/05 | [Re: DEF 1] PARTIAL Transcript of IOS (held 4/26/05). |
| 166A- | 1 | 07/15/05 | USM Return of svc on judgment re: DEF 1 executed on 6/15/05 to FCI Sheridan at Sheridan, OR. |
| 167 - | 1 | 07/18/05 | {SEALED} |
| 168 - | 1 | 07/27/05 | [Re: DEF 3] PLF 1 motion to dismiss indictment. |
| 169 - | 1 | 07/29/05 | [Re: DEF 3] JWS Order granting motion to dismiss indictment (168-1). cc: USA |
| 170 - | 1 | 07/29/05 | [Re: DEF 3] JWS Judgment of Discharge dism cts 1SS,4SS of 2nd SIndt (52-1). cc: USA, USM, USPO, MJ Roberts |
| 171 - | 1 | 08/11/05 | {SEALED} |
| 172 - | 1 | 08/12/05 | {SEALED} |
| 173 - | 1 | 08/17/05 | DEF 2 Attorney Appearance Randall Cavanaugh. |
| 174 - | 1 | 08/19/05 | [Re: DEF 2] CJA appointment of R. Cavanaugh. |
| 175 - | 1 | 08/23/05 | DEF 1 motion on shortened time to continue sentencing w/att aff. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 176 - 1 | 08/24/05 | [Re: DEF 2] JWS Order granting mot on shortened time to continue sentencing (175-1); IOS reset for 10/20/05 @ 8:30 a.m.. cc: USA, R. Cavanaugh, USM, USPO |
| 177 - 1 | 09/14/05 | DEF 2 Unopposed motion for transport of defendant to Anchorage from Sea-Tac. |
| 178 - 1 | 09/15/05 | [Re: DEF 2] JWS Order granting unoppo mot for transport of def to Anchorage from Sea-Tac (177-1). cc: USA, R. Cavanaugh, USM, USPO |
| 179 - 1 | 10/13/05 | DEF 2 Unopposed motion on shortened time to continue sentencing w/att affs (one aff fld under seal). |
| 180 - 1 | 10/14/05 | DEF 2 Sentencing Memorandum. |
| 181 - 1 | 10/14/05 | [Re: DEF 2] PLF 1 motion on shortened time to unseal change of plea hearing for transcribing purposes. |
| 182 - 1 | 10/14/05 | [Re: DEF 2] JWS Minute Order granting unoppo mot on shortened time to continue sentencing (179-1); IOS reset to 12/6/05 @ 8:00 a.m.; mot to w/d guilty plea due 11/14/05; plf oppo due 11/23/05; reply due 11/29/05; if mot to w/d timely fld crt to hear o/a on mot 12/6/05 @ 8:00 a.m.; if mot denied crt to proceed to IOS; if mot granted parties to advise crt when trial should start; further reqs to cont IOS or to file mot to w/d will not be granted. cc: USA, R. Cavanaugh, USM, USPO |
| 183 - 1 | 10/14/05 | [Re: DEF 2] JWS Order granting mot on shortened time to unseal change of plea hearing for transcribing purposes (181-1). cc: USA, R. Cavanaugh, ECR |
| 184 - 1 | 10/17/05 | DEF 2 motion to withdraw plea. |
| 185 - 1 | 11/01/05 | {SEALED} |
| 186 - 1 | 11/15/05 | DEF 2 motion for closed hearing. |
| 187 - 1 | 11/29/05 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |