MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 1 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA     v.     CHRIS A. BELTON

THE HONORABLE JOHN W. SEDWICK    CASE NO. A03-0126-02 CR (JWS)

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Defendant Belton's Motion For Closed Hearing at docket 186 is hereby DENIED as moot.

DATE: December 14, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0126--CR (JWS)   12-15-05
----------------------------------------
R. CAVANAUGH ✓
F. RUSSO (USA) ✓

192