UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 29 AM 11: 20

U.S. Court of Appeals # _____   U.S. District Court # A03-126-02 Cr (JWS)
Short Case Title USA v. Christopher Belton
Date Notice of Appeal Filed by Clerk of District Court 12/13/05

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| Change of Plea 12/06/04 and Sentencing 12/06/05 | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____   Estimated Date for Completion _____
Signature of Attorney _____   Phone Number 276-2135
Address 711 H Street Ste 450
Anchorage AK 99501

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)

193

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>Christopher A. Belton | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>A03-126-02 (JWS) | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA vs. Christopher Belton | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☒ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☒ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | 10. REPRESENTATION TYPE<br>(See Instructions)<br>court appointed |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

conspiracy

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (*Describe briefly*)

appeal

**13. PROCEEDING TO BE TRANSCRIBED** (*Describe specifically*). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

12-06-05 sentencing

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (*Give case name and defendant*)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Signature of Attorney*  12-28-05

Randall S. Cavanaugh
Printed Name

Telephone Number: _____

☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____   Nunc Pro Tunc Date _____

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS |
|---|---|
| ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other | |

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED : | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court _____   Date _____ | |