**FILED**

UNITED STATES COURT OF APPEALS

**MAR 13 2006**

FOR THE NINTH CIRCUIT

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| UNITED STATES OF AMERICA, | No. 06-30004 | RECEIVED |
| --- | --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-03-00126-a-JWS | MAR 13 2006 |
| v. | District of Alaska, Anchorage | CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA |
| CHRIS A. BELTON, a.k.a. Christopher D. Black; et al., | ORDER | |
| Defendant - Appellant. | | |

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

Appellee's unopposed motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 125 S. Ct. 738 (2005), do not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

MOATT