UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
APR 1 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 06-30004 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00126-a-JWS |
| V. | |
| CHRIS A. BELTON, a.k.a. Christopher D. Black; et al., | JUDGMENT |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 03/13/06

A TRUE COPY 4/4/06
ATTEST
CATHY A. CATTERSON
Clerk of Court
by: Deputy Clerk